```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

MIGUEL CAMACHO GALICIA, RENE
GARCIA, MILTON A. LEMUS PABLO
SANCHEZ, VICTOR R. LOPEZ, DIONICIO
ROBLES, RAMON GARCIA, OSCAR GARCIA,
JUAN D. CORTEZ CASTANON, On their
own and on behalf of others
similarly situated,

           Plaintiffs,

vs.                                  Case No.  2:05-cv-476-FtM-33DNF

BORIMEX STUCCO DRYWALL, INC. a
Florida Corporation, and ALFONSO
VELAZQUEZ, individually,

           Defendants.
_____/

**ORDER**

This matter comes before the Court on the parties' Joint Notice of Voluntary Dismissal (Doc. # 22), which was filed on May 17, 2006. Also before the Court is a letter dated May 8, 2006, authored by Plaintiffs' counsel indicating, <u>inter alia</u>, that defense counsel should file "a joint stipulation for voluntary dismissal." (Doc. # 23).

The Joint Notice of Voluntary Dismissal is signed by Defendants' counsel only. Federal Rule of Civil Procedure 41(a)(1)(ii), which governs joint dismissals of action, mandates that the stipulation of dismissal be signed by "all parties who have appeared in the action." The letter by Plaintiffs' counsel is ambiguous and is not equivalent to Plaintiffs' counsel's signature

on the stipulation of dismissal.

As the present notice is singed only by counsel for Defendants, the notice is deficient. The Court will approve the Joint Notice of Voluntary Dismissal upon the filing, within ten days of the date of this Order, of a properly executed notice of dismissal signed by counsel for Plaintiffs and Defendants.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The parties are directed to file a properly executed notice of dismissal within ten (10) days of the date of this order, if the parties seek dismissal of this action.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 17th day of May, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2